THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ONTIVEROS RODRIGUEZ,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING PETITION FOR REDUCTION OF SEX OFFENDER REGISTRATION PERIOD**<br><br>Case No. 2:15-cr-00006-DN<br><br>District Judge David Nuffer |

Defendant George Ontiveros Rodriguez seeks to reduce the period of his sex offender registration from 15 years to 10 years based on his clean record ("Petition").[1] The government and the United State Probation Office acknowledge that Defendant meets the statutory criteria for a reduction in time, but they take no position Defendant's Petition.[2]

Because Defendant meets the statutory criteria for a reduction of his sex offender registration period, his Petition is GRANTED.

# 1   DISCUSSION

On July 13, 2015, Defendant pleaded guilty to one count of Possession of Child Pornography.[3] He was sentenced to probation for a term of 60 months.[4] He was also ordered to

---

[1] Defendant's Petition for Reduction of Sex Offender Registration Period ("Petition"), docket no. 122, filed Nov. 3, 2025.

[2] United States' Response to Defendant's Motio for Reduction of Sex Offender Registration Requirement Period ("Government Response"), docket no. 124, filed Nov. 21, 2025; United States Probation Office for the District of Utah Response to Motion for Reduction of Sex Offender Registration Period ("Probation Response"), docket no. 125, filed Feb. 12, 2026.

[3] Minute Entry for Proceeding Held Before Judge David Nuffer, docket no. 80, filed July 13, 2015.

[4] Amended Judgement in a Criminal Case, docket no. 90, filed Sept. 16, 2015.

undergo a psychosexual examination; participate in a sex offender treatment program; and to register with the state sex offender registration agency in the state where he resides, as directed by his probation officer.[5] As a result of his conviction, Defendant was required to register as a Tier I sex offender for 15 years in the jurisdiction in which he resides.[6]

Defendant successfully completed a sex offender treatment program with Alpha Counseling on July 11, 2020.[7] And on July 12, 2020, Defendant successfully completed his probation.[8] It has now been over 13 years since Defendant's offense, and more than five years since his probation expired. He has had no subsequent violations of the law.[9] Defendant now seeks reduction of his period of sex offender registration based on his clean record.[10]

As the sentencing court, jurisdiction is retained to decide Defendant's Petition.[11] Under 34 U.S.C. § 20915, the registration period of a Tier I sex offender "shall be" reduced from 15 years to 10 years if the sex offender maintains a clean record for 10 years.[12] A "clean record" means:

(A)  not being convicted of any offense for which imprisonment for more than 1 year may be imposed;

(B)  not being convicted of any sex offense;

---

[5] *Id*.

[6] 34 U.S.C. § 20913.

[7] Alpha Counseling Completion Certificate, docket no. 122-1, filed Nov. 3, 2025.

[8] Letter from U.S. Probation Officer Nate Driedger, docket no. 122-3, filed Nov. 3, 2025.

[9] Criminal History Report from the Utah Bureau of Criminal Identification, docket no. 122-4, filed Nov. 3, 2025.

[10] Petition.

[11] *United States v. Zwiebel,* No. 2:06-cr-00720-DAK, 2023 WL 2480052, *1 (D. Utah Mar. 13, 2023) (citing *United States v. Stovall,* No. 06-cr-286-REB, 2021 WL 5086067, *1 (D. Colo. Nov. 2, 2021); *United States v. Kite,* No. 5:05-cr-0022, 2023 WL 1956687 (W.D. Va. Jan. 13, 2023); *United States v. Davenport,* No. CR-06-06-M-DWM, 2022 WL 4547652 (D. Mont. Sept. 29, 2022); *United States v. Templin,* 354 F. Supp. 3d 1181 (D. Mont. 2019)).

[12] 34 U.S.C. § 20915(b)(2)-(3).

 (C) successfully completing any periods of supervised release, probation, and parole; and

 (D) successfully completing of an appropriate sex offender treatment program certified by a jurisdiction or by the Attorney General.[13]

There is no dispute that Defendant meets the statutory criteria of maintaining a clean record for ten years.[14] He has not been convicted of any offense;[15] he has successfully completed his term of probation;[16] and he has successfully completed a state-certified sex offender treatment program.[17] Therefore, it is appropriate that Defendant's sex offender registration period be reduced from 15 years to 10 years.[18]

## 2 ORDER

IT IS HEREBY ORDERED that Defendant's Petition[19] is GRANTED. Defendant's sex offender registration period is reduced from 15 years to 10 years. This Order does not remove Defendant from any sex offender registry.

Signed February 12, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[13] 34 U.S.C. § 20915(b)(1).

[14] Government Response; Probation Response.

[15] Criminal History Report from the Utah Bureau of Criminal Identification.

[16] Letter from U.S. Probation Officer Nate Driedger.

[17] Alpha Counseling Completion Certificate.

[18] 34 U.S.C. § 20915(b)(3).

[19] Docket no. 122, filed Nov. 3, 2025.